UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :    Chapter 13 |
| Miguel Silvino Varela-Cepero | : |
| Plaintiff | :    Case No.: 20-12168 pmm |
| | : |

## PRAECIPE TO CORRECT ADDRESS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT;

Please be advised that the address for Debtor, Miguel Silvino Varela-Cepero has been listed incorrectly as follows:

620 Hanover Ave.
Allentown, PA 18109


Debtor, Debtor, Miguel Silvino Varela-Cepero's correct address is:

Debtor, Miguel Silvino Varela-Cepero
137 E. Fairview Street
Allentown, PA 18109

Kindly mark your records accordingly.


Dated: 7/7/2020

/s/Everett Cook, Esq.
Everett Cook, Esq.
Attorney I.D. #202039
Attorney for Debtor

**The Law Offices of Everett Cook, P.C.**
2309 MacArthur Road
Whitehall PA 18052

610 351 3566 p
610 351 3556 f
bankruptcy@everettcooklaw.com