UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Miguel Silvino Varela-Cepero<br><br>    Debtor | Chapter 13<br>Bankruptcy No.20-12168-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 4th day of August, 2020, by first class mail upon those listed below:

Miguel Silvino Varela-Cepero
137 E FAIRVIEW STREET
Allentown, PA  18109

**Electronically via CM/ECF System Only:**

JOHN EVERETT COOK ESQ
2309 MACARTHUR ROAD
WHITEHALL, PA  18052

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee