# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Miguel Silvino Varela-Cepero aka Miguel S. Varela aka Miguel S. Varela-Cepero aka Miguel Varela-Cepero <br>          Debtor(s) | CHAPTER 13 |
| MTGLQ INVESTORS, L.P., its successors and/or assigns <br>          Movant <br>    vs. | NO. 20-12168 PMM |
| Miguel Silvino Varela-Cepero aka Miguel S. Varela aka Miguel S. Varela-Cepero aka Miguel Varela-Cepero <br>          Debtor(s) | |
| Scott F. Waterman <br>          Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MTGLQ INVESTORS, L.P., which was filed with the Court on or about **July 2, 2020, docket number 20**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

September 4, 2020