### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Miguel Silvino Varela-Cepero aka Miguel S. Varela aka Miguel S. Varela-Cepero aka Miguel Varela-Cepero<br><br>　　　　　　　　Debtor(s) | CHAPTER 13 |
| MTGLQ INVESTORS, L.P.<br>　　　　　　　　Movant<br>　　vs. | NO. 20-12168 PMM |
| Miguel Silvino Varela-Cepero aka Miguel S. Varela aka Miguel S. Varela-Cepero aka Miguel Varela-Cepero<br>　　　　　　　　Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman<br>　　　　　　　　Trustee | |

### ORDER

AND NOW, this **3rd** day of **December**, 2020 at Reading, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on *October 12, 2020* does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*Patricia M. Mayer*
_____
United States Bankruptcy Judge.

cc: See attached service list

Miguel Silvino Varela-Cepero
 aka Miguel S. Varela aka Miguel S. Varela-Cepero
aka Miguel Varela-Cepero
137 E. Fairview Street
Allentown, PA 18109

John Everett Cook Esq.
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532