**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| **Miguel Silvino Varela-Cipero.** : | **No. 20-12168 pmm** |
| Debtor : | Chapter 13 |

CERTIFICATE OF SERVICE

I, Everett Cook, Esq., attorney for the above-named debtor do hereby certify that I have caused to be served on December 3, 2020, by First Class Mail or ECF filing, a true and correct copy of the Debtor's 4th Amended Chapter 13 Plan upon those creditors and parties in interest listed on the attached Label Matrix for Local Noticing and the following:

Miguel Varela
137 E. Fairview Street
Allentown, PA 18109

**SCOTT F. WATERMAN (Chapter 13)**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Respectfully submitted,

Dated: 2/26/2021/2020

signed: /s/ Everett Cook
By: Everett Cook, Esq.
Bar I.D. #202039

The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA, 18052

Phone: (610) 351-3566
Fax: (610) 351-3556
bankruptcy@everettcooklaw.com