UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| Miguel Silvino Varela-Cipero. : | No. 20-12168 pmm |
| Debtor : | Chapter 13 |

CERTIFICATE OF SERVICE

I, Everett Cook, Esq., attorney for the above-named debtor do hereby certify that I have caused to be served on March 5, 2021, by First Class Mail or ECF filing, a true and correct copy of the Debtor's 6th Amended Chapter 13 Plan upon those creditors and parties in interest listed on the attached Label Matrix for Local Noticing and the following:

Miguel Varela
137 E. Fairview Street
Allentown, PA 18109

**SCOTT F. WATERMAN (Chapter 13)**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Respectfully submitted,

Dated: 3/5/2021

signed: /s/ Everett Cook
By: Everett Cook, Esq.
Bar I.D. #202039

The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA, 18052

Phone: (610) 351-3566
Fax: (610) 351-3556
bankruptcy@everettcooklaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 20-12168-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Wed Jul  8 12:11:22 EDT 2020 | Bureau of Audit and Enforcement<br>City of Allentown<br>435 Hamilton Street<br>Allentown, PA 18101-1603 | City Treasurer<br>Eighth and Washington Streets<br>Reading, PA 19601 |
| Dun & Bradstreet, INC<br>3501 Corporate Pkwy<br>P.O. Box 520<br>Centre Valley, PA 18034-0520 | Lehigh County Tax Claim Bureau<br>17 South Seventh Street<br>Allentown, PA 18101-2401 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Shellpoint Mortgage Servicing<br>McCalla Raymer Leibert Pierce, LLC<br>c/o Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Tax Claim Bureau<br>633 Court Street<br>Second Floor<br>Reading, PA 19601-4300 | U.S. Attorney Office<br>c/o Virginia Powel, Esq.<br>Room 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106-4404 |
| Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 | Bb&t<br>PO Box 2027<br>Greenville, SC  29602-2027 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Citibank/the Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>PO Box 790040<br>Saint Louis, MO  63179-0040 | Club Newport<br>Newport Vacatinos Club<br>PO Box 96058<br>Las Vegas, NV  89193-6058 | Homeprjvisa<br>Des Moines, IA  50306 |
| MTGLQ INVESTORS, L.P.<br>Bankruptcy Department<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | MTGLQ INVESTORS, L.P.<br>c/o KML Law Group<br>701 Market Street; Suite 5000<br>Philadelphia, PA 19106-1541 | MTGLQ Investors, LP<br>c/o Rebecca A. Solarz, Esq.<br>KML Law Group PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 |
| Neighborhood Housing Services<br>of the Lehigh Valley, Inc.<br>239 N 10th St<br>Allentown, PA  18102-3941 | Shellpoint Mortgage Servicing<br>PO Box 619063<br>Dallas, TX  75261-9063 | Thd/Cbna<br>PO Box 6497<br>Sioux Falls, SD  57117-6497 |
| United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 | Wells Fargo<br>Credit<br>Bureau DISPUTE<br>Des Moines, IA  50306 | Wells Fargo Bank<br>PO Box 10438<br>Des Moines, IA  50306-0438 |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 | JOHN EVERETT COOK<br>The Law Offices of Everett Cook, P.C.<br>2309 MacArthur Road<br>Whitehall, PA 18052-4523 | Miguel Silvino Varela-Cepero<br>137 E. Fairview Street<br>Allentown, PA 18109-2733 |
| SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MTGLQ INVESTORS, L.P.

(d)Shellpoint Mortgage Servicing
McCalla Raymer Leibert Pierce, LLC
c/o Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

End of Label Matrix
Mailable recipients    27
Bypassed recipients     2
Total                  29