United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12168-pmm |
| Miguel Silvino Varela-Cepero | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 25, 2021 | Form ID: 155 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miguel Silvino Varela-Cepero, 137 E. Fairview Street, Allentown, PA 18109-2733 |
| 14498841 | | Homeprjvisa, Des Moines, IA 50306 |
| 14514282 | | MTGLQ INVESTORS, L.P., Bankruptcy Department, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14515062 | + | MTGLQ INVESTORS, L.P., c/o KML Law Group, 701 Market Street; Suite 5000, Philadelphia, PA 19106-1541 |
| 14515842 | + | MTGLQ Investors, LP, c/o Rebecca A. Solarz, Esq., KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14498842 | | Neighborhood Housing Services, of the Lehigh Valley, Inc., 239 N 10th St, Allentown, PA 18102-3941 |
| 14498843 | | Shellpoint Mortgage Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 14510211 | + | Shellpoint Mortgage Servicing, McCalla Raymer Leibert Pierce, LLC, c/o Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14498845 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50306 |
| 14498846 | | Wells Fargo Bank, PO Box 10438, Des Moines, IA 50306-0438 |
| 14506956 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14498838 | Email/Text: bankruptcy@bbandt.com | Mar 26 2021 04:01:00 | Bb&t, PO Box 2027, Greenville, SC 29602-2027 |
| 14514369 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 03:19:06 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14498839 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 03:18:57 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14498840 | Email/Text: memberservicesadmin@resortcom.com | Mar 26 2021 04:02:00 | Club Newport, Newport Vacatinos Club, PO Box 96058, Las Vegas, NV 89193-6058 |
| 14531391 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 26 2021 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14498844 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 03:18:59 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 20-12168-pmm    Doc 55    Filed 03/27/21    Entered 03/28/21 00:41:42    Desc Imaged
Certificate of Notice    Page 2 of 3

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 25, 2021 | Form ID: 155 | Total Noticed: 17 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021                      Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN EVERETT COOK | on behalf of Debtor Miguel Silvino Varela-Cepero bankruptcy@everettcooklaw.com G29494@notify.cincompass.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MTGLQ INVESTORS L.P. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Miguel Silvino Varela−Cepero
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−12168−pmm

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 25th day of March, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

54
Form 155