# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| Miguel Silvino Varela-Cipero. : | No. 20-12168 pmm |
| Debtor : | Chapter 13 |

## NOTICE

To Debtor, all creditors, Interim Trustee, U.S. Assistant Trustee and parties in interest, Notice is given:

That Everett Cook, Esquire, Counsel for Debtor, has filed an Application with the Court requesting approval of his fees in the total amount of FOUR THOUSAND, SIXTY-NINE .55/100 DOLLARS ($4,069.55) of which $2,500.00 was paid prior to filing and expenses in the amount of FOUR HUNDRED AND THIRTY AND .45/100 DOLLARS ($430.45).

That the Debtor, any creditor or party in interest may file an answer, objection, request for hearing, other responsive pleading, on or before April 23, 2021 with the Clerk, U.S. Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, Pennsylvania 19602, and serve a copy on the Debtor's Counsel, whose name and address appear below.

If no objection is filed to the Application on or before April 23, 2021, Applicant shall file a Certification of No Objection and the matter then may be decided by the Court without hearing.

Dated: 4/1/2021      Signed: /s/ Everett Cook
                                                  By: Everett Cook, Esq.
                                                  The Law Offices of Everett Cook, P.C.
                                                  1605 N. Cedar Crest Blvd., Suite 520
                                                  Allentown, PA 18104
                                                  Bar I.D. #202039
                                                  Phone: (610) 351-3566
                                                  Fax:   (610) 351-3556