Certificate Number: 15317-PAE-DE-035533712

Bankruptcy Case Number: 20-12168



15317-PAE-DE-035533712

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 4, 2021</u>, at <u>5:40</u> o'clock <u>PM PDT</u>, <u>Miguel Varela-Cepero</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 4, 2021</u>           By:     <u>/s/Christel Raz</u>

                                       Name:   <u>Christel Raz</u>

                                       Title:  <u>Counselor</u>