# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| **Miguel Silvino Varela-Cipero.** : | **No. 20-12168 pmm** |
| Debtor : | Chapter 13 |

## CERTIFICATE OF NO RESPONSE TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Everett Cook, Esquire, attorney for the above-named debtor do hereby certify that I have not received nor am I aware of any response to the Notice of Application, Application and proposed Order from any party whatsoever.

Dated: 4/22/2021

Signed: /s/ Everett Cook
By: Everett Cook, Esq.
**The Law Offices of Everett Cook, P.C.**
1605 N. Cedar Crest Blvd., Suite 520
Allentown, PA 18104

Phone: (610) 351-3566
Fax:    (610) 351-3556