# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| **Miguel Silvino Varela-Cipero.** | :   **No. 20-12168 pmm** |
| Debtor | :   **Chapter 13** |

## ORDER

**AND NOW**, upon consideration of the Initial Application for Allowance of Compensation Pursuant to §331 of the United States Bankruptcy Code ("Application"):

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,500.00 of which $2,500.00 was received pre-petition for the fee. Expenses in the amount of $430.45 are APPROVED. These amounts may be paid by the Trustee to counsel pursuant to the terms of the confirmed Plan.

Dated: 4/23/21

_/s/ Patricia M. Mayer_
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge