United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Miguel Silvino Varela-Cepero  
    Debtor

Case No. 20-12168-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin     Page 1 of 1  
Date Rcvd: Apr 23, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Miguel Silvino Varela-Cepero, 137 E. Fairview Street, Allentown, PA 18109-2733 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN EVERETT COOK | on behalf of Debtor Miguel Silvino Varela-Cepero bankruptcy@everettcooklaw.com G29494@notify.cincompass.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MTGLQ INVESTORS L.P. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: :
**Miguel Silvino Varela-Cipero.** : No. 20-12168 pmm
    Debtor : Chapter 13

**ORDER**

**AND NOW**, upon consideration of the Initial Application for Allowance of Compensation Pursuant to §331 of the United States Bankruptcy Code ("Application"):

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,500.00 of which $2,500.00 was received pre-petition for the fee. Expenses in the amount of $430.45 are APPROVED. These amounts may be paid by the Trustee to counsel pursuant to the terms of the confirmed Plan.

Dated: 4/23/21

*Patricia M. Mayer*
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge