Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 20-12168-PMM**

Miguel Silvino Varela-Cepero  
137 E FAIRVIEW STREET  
Allentown  PA    18109

Petition Filed Date: 04/30/2020  
341 Hearing Date: 06/02/2020  
Confirmation Date: 03/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/24/2020 | $648.10 | | 08/20/2020 | $972.15 | | 09/21/2020 | $324.05 | |
| 10/19/2020 | $324.05 | | 11/20/2020 | $324.05 | | 01/28/2021 | $850.00 | |
| 02/19/2021 | $425.00 | | 04/22/2021 | $170.00 | | 05/26/2021 | $90.00 | |

**Total Receipts for the Period: $4,127.40    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,127.40**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | WELLS FARGO »» 001 | Unsecured Creditors | $5,412.79 | $50.72 | $5,362.07 |
| 2 | WELLS FARGO BANK NEVADA NA »» 002 | Unsecured Creditors | $13,774.64 | $129.08 | $13,645.56 |
| 3 | NEWREZ LLC D/B/A »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CITIBANK NA »» 004 | Unsecured Creditors | $551.09 | $0.00 | $551.09 |
| 5 | PA DEPARTMENT OF REVENUE »» 05U | Unsecured Creditors | $48.63 | $0.00 | $48.63 |
| 6 | PA DEPARTMENT OF REVENUE »» 05P | Priority Crediors | $1,511.04 | $1,511.04 | $0.00 |

Chapter 13 Case No. 20-12168-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,127.40 | Current Monthly Payment: | $83.63 |
| Paid to Claims: | $3,690.84 | Arrearages: | ($1,116.85) |
| Paid to Trustee: | $349.94 | Total Plan Base: | $16,461.44 |
| Funds on Hand: | $86.62 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.