| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-12168-PMM**

Miguel Silvino Varela-Cepero
137 E FAIRVIEW STREET
Allentown  PA    18109

Petition Filed Date: 04/30/2020
341 Hearing Date: 06/02/2020
Confirmation Date: 03/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/22/2021 | $170.00 | | 05/26/2021 | $90.00 | | 09/07/2021 | $270.00 | |
| 04/18/2022 | $100.00 | | 07/13/2022 | $550.00 | | 07/21/2022 | $400.00 | |
| 08/03/2022 | $800.00 | | | | | | | |

**Total Receipts for the Period: $2,380.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,247.40**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | WELLS FARGO »» 001 | Unsecured Creditors | $5,412.79 | $403.59 | $5,009.20 |
| 2 | WELLS FARGO BANK NEVADA NA »» 002 | Unsecured Creditors | $13,774.64 | $1,027.10 | $12,747.54 |
| 3 | NEWREZ LLC  D/B/A »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CITIBANK NA »» 004 | Unsecured Creditors | $551.09 | $41.09 | $510.00 |
| 5 | PA DEPARTMENT OF REVENUE »» 05U | Unsecured Creditors | $48.63 | $0.00 | $48.63 |
| 6 | PA DEPARTMENT OF REVENUE »» 05P | Priority Crediors | $1,511.04 | $1,511.04 | $0.00 |

**Chapter 13 Case No. 20-12168-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,247.40 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $4,982.82 | Arrearages: | $314.04 |
| Paid to Trustee: | $524.94 | Total Plan Base: | $16,461.44 |
| Funds on Hand: | $739.64 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.