Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-12168-PMM**

Miguel Silvino Varela-Cepero  
137 E FAIRVIEW STREET  
Allentown  PA    18109

Petition Filed Date: 04/30/2020  
341 Hearing Date: 06/02/2020  
Confirmation Date: 03/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $800.00 | | 09/02/2022 | $600.00 | | 10/03/2022 | $600.00 | |
| 11/02/2022 | $250.00 | | 12/07/2022 | $350.00 | | 01/06/2023 | $300.00 | |
| 02/01/2023 | $300.00 | | 03/06/2023 | $300.00 | | 04/03/2023 | $300.00 | |
| 05/02/2023 | $300.00 | | 06/02/2023 | $300.00 | | 07/05/2023 | $300.00 | |
| 07/27/2023 | $300.00 | | | | | | | |

**Total Receipts for the Period: $5,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,447.40**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | WELLS FARGO »» 001 | Unsecured Creditors | $5,412.79 | $1,583.14 | $3,829.65 |
| 2 | WELLS FARGO BANK NEVADA NA »» 002 | Unsecured Creditors | $13,774.64 | $4,028.86 | $9,745.78 |
| 3 | NEWREZ LLC D/B/A »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CITIBANK NA »» 004 | Unsecured Creditors | $551.09 | $153.58 | $397.51 |
| 5 | PA DEPARTMENT OF REVENUE »» 05U | Unsecured Creditors | $48.63 | $0.00 | $48.63 |
| 6 | PA DEPARTMENT OF REVENUE »» 05P | Priority Crediors | $1,511.04 | $1,511.04 | $0.00 |

Chapter 13 Case No. 20-12168-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,447.40 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $9,276.62 | Arrearages: | ($285.96) |
| Paid to Trustee: | $875.94 | Total Plan Base: | $16,461.44 |
| Funds on Hand: | $294.84 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.