Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 20-12168-PMM**

Miguel Silvino Varela-Cepero  
137 E FAIRVIEW STREET  
Allentown  PA    18109

Petition Filed Date: 04/30/2020  
341 Hearing Date: 06/02/2020  
Confirmation Date: 03/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2023 | $300.00 | | 10/04/2023 | $300.00 | | 11/03/2023 | $300.00 | |
| 12/04/2023 | $300.00 | | 01/03/2024 | $300.00 | | 02/01/2024 | $300.00 | |
| 03/01/2024 | $300.00 | | 04/01/2024 | $300.00 | | 04/30/2024 | $300.00 | |
| 06/04/2024 | $300.00 | | 07/08/2024 | $300.00 | | | | |

**Total Receipts for the Period: $3,300.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,047.40**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | WELLS FARGO »» 001 | Unsecured Creditors | $5,412.79 | $2,544.96 | $2,867.83 |
| 2 | WELLS FARGO BANK NEVADA NA »» 002 | Unsecured Creditors | $13,774.64 | $6,476.52 | $7,298.12 |
| 3 | NEWREZ LLC  D/B/A »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CITIBANK NA »» 004 | Unsecured Creditors | $551.09 | $259.10 | $291.99 |
| 5 | PA DEPARTMENT OF REVENUE »» 05U | Unsecured Creditors | $48.63 | $15.58 | $33.05 |
| 6 | PA DEPARTMENT OF REVENUE »» 05P | Priority Crediors | $1,511.04 | $1,511.04 | $0.00 |

**Chapter 13 Case No. 20-12168-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $14,047.40 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $12,807.20 | Arrearages: | ($285.96) |
| Paid to Trustee: | $1,232.94 | Total Plan Base: | $16,461.44 |
| Funds on Hand: | $7.26 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.