IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> MIGUEL SILVINO VARELA-CEPERO aka <br> MIGUEL S. VARELA aka <br> MIGUEL S. VARELA-CEPERO aka <br> MIGUEL VARELA-CEPERO <br>     Debtor, <br><br> NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICING AGENT FOR US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE FOR GS MORTGAGE-BACKED SECURITIES TRUST 2021-RPL2 <br>     Movant, <br><br>         v. <br><br> MIGUEL SILVINO VARELA-CEPERO, and SCOTT F. WATERMAN, Trustee, <br>     Respondents. | Bankruptcy No. 20-12168-pmm <br><br> Chapter 13 |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicing Agent for US Bank Trust National Association, not in its individual capacity, but solely as owner trustee for GS Mortgage-Backed Securities Trust 2021-RPL2 has filed a Motion for Relief from the Automatic Stay with the Court to lift the automatic stay regarding the property located at: 137 E Fairview Street, Allentown, Pennsylvania 18109.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before _**September 20, 2024,**_ you or your attorney must do **all** of the following:

    (a)  file an answer explaining your position at:

> Clerk, U.S. Bankruptcy Court
> Robert C. Nix Bldg. Suite 201
> 900 Market Street
> Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorneys:

> Keri P. Ebeck, Esquire
> Bernstein-Burkley, P.C.
> 601 Grant Street, 9th Floor
> Pittsburgh, PA  15219

2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on  **September 24, 2024, at 10:00 a.m.,** Courtroom 4th Floor, United States Bankruptcy Court, 201 Penn Street, Suite 103, Reading, PA 19601.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

> Respectfully submitted,
>
> BERNSTEIN-BURKLEY, P.C.
>
> By: /s/ Keri P. Ebeck
> Keri P. Ebeck, Esq.
> PA I.D. # 91298
> kebeck@bernsteinlaw.com
> 601 Grant Street, 9th Floor
> Pittsburgh, PA 15219
> Phone (412) 456-8112
> Fax: (412) 456-8135

Dated:  September 6, 2024