IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> MIGUEL SILVINO VARELA-CEPERO aka <br> MIGUEL S. VARELA aka <br> MIGUEL S. VARELA-CEPERO aka <br> MIGUEL VARELA-CEPERO <br>      Debtor, <br><br> NEWREZ LLC D/B/A SHELLPOINT <br> MORTGAGE SERVICING, SERVICING <br> AGENT FOR US BANK TRUST <br> NATIONAL ASSOCIATION, NOT IN ITS <br> INDIVIDUAL CAPACITY, BUT SOLELY <br> AS OWNER TRUSTEE FOR GS <br> MORTGAGE-BACKED SECURITIES <br> TRUST 2021-RPL2 <br>      Movant, <br><br>              v. <br><br> MIGUEL SILVINO VARELA-CEPERO, and <br> SCOTT F. WATERMAN, Trustee, <br>      Respondents. | Bankruptcy No. 20-12168-pmm <br><br><br> Chapter 13 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 76)

        The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 76 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than September 20, 2024.

        It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

Dated: September 23, 2024

*Counsel for NewRez LLC d/b/a Shellpoint
Mortgage Servicing as Servicing Agent for US
Bank Trust National Association, not in its
individual capacity, but solely as owner
trustee for GS Mortgage-Backed Securities
Trust 2021-RPL2*