IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>MIGUEL SILVINO VARELA-CEPERO aka<br>MIGUEL S. VARELA aka<br>MIGUEL S. VARELA-CEPERO aka<br>MIGUEL VARELA-CEPERO<br>    Debtor,<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICING AGENT FOR US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE FOR GS MORTGAGE-BACKED SECURITIES TRUST 2021-RPL2<br>    Movant,<br><br>        v.<br><br>MIGUEL SILVINO VARELA-CEPERO, and SCOTT F. WATERMAN, Trustee,<br>    Respondents. | Bankruptcy No. 20-12168-pmm<br><br>Chapter 13 |

ORDER OF COURT

AND NOW, this 23rd day of September, 2024, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicing Agent for US Bank Trust National Association, not in its individual capacity, but solely as owner trustee for GS Mortgage-Backed Securities Trust 2021-RPL2 for the property located at 137 E Fairview Street, Allentown, Pennsylvania 18109.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge