United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12168-pmm |
| Miguel Silvino Varela-Cepero | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 23, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Miguel Silvino Varela-Cepero, 137 E. Fairview Street, Allentown, PA 18109-2733 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor MTGLQ INVESTORS L.P. bkgroup@kmllawgroup.com |
| JOHN EVERETT COOK | |
| | on behalf of Debtor Miguel Silvino Varela-Cepero bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| KERI P EBECK | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicing Agent for US Bank Trust National Association  not in its individual capacity, but solely as owner trustee for GS Mortgage-Backed Securities kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4                           User: admin                                              Page 2 of 2
Date Rcvd: Sep 23, 2024                        Form ID: pdf900                                     Total Noticed: 1
TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re, | Bankruptcy No. 20-12168-pmm |
|---|---|
| MIGUEL SILVINO VARELA-CEPERO aka MIGUEL S. VARELA aka MIGUEL S. VARELA-CEPERO aka MIGUEL VARELA-CEPERO<br>    Debtor,<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICING AGENT FOR US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE FOR GS MORTGAGE-BACKED SECURITIES TRUST 2021-RPL2<br>    Movant,<br><br>        v.<br><br>MIGUEL SILVINO VARELA-CEPERO, and SCOTT F. WATERMAN, Trustee,<br>    Respondents. | Chapter 13 |

ORDER OF COURT

AND NOW, this 23rd day of September, 2024, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicing Agent for US Bank Trust National Association, not in its individual capacity, but solely as owner trustee for GS Mortgage-Backed Securities Trust 2021-RPL2 for the property located at 137 E Fairview Street, Allentown, Pennsylvania 18109.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_Patricia M. Mayer_
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge