United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 20-12168-pmm

Miguel Silvino Varela-Cepero                                                       Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                       User: admin                                                 Page 1 of 2

Date Rcvd: Oct 07, 2025                               Form ID: 206                                     Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Miguel Silvino Varela-Cepero, 137 E. Fairview Street, Allentown, PA 18109-2733 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing as, Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219 UNITED STATES 15219-4430 |
| 14498841 | | Homeprjvisa, Des Moines, IA 50306 |
| 14515842 | + | MTGLQ Investors, LP, c/o Rebecca A. Solarz, Esq., KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14498842 | | Neighborhood Housing Services, of the Lehigh Valley, Inc., 239 N 10th St, Allentown, PA 18102-3941 |
| 14498845 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50306 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Oct 08 2025 00:23:00 | US Bank trust national Association, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 14498838 | | Email/Text: bankruptcy@bbandt.com | Oct 08 2025 00:23:00 | Bb&t, PO Box 2027, Greenville, SC 29602-2027 |
| 14514369 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2025 00:37:44 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14498839 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2025 00:24:54 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14498840 | | Email/Text: memberservicesadmin@resortcom.com | Oct 08 2025 00:23:00 | Club Newport, Newport Vacatinos Club, PO Box 96058, Las Vegas, NV 89193-6058 |
| 14510211 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 08 2025 00:23:00 | Shellpoint Mortgage Servicing, McCalla Raymer Leibert Pierce, LLC, c/o Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14514282 | | Email/Text: mtgbk@shellpointmtg.com | Oct 08 2025 00:23:00 | MTGLQ INVESTORS, L.P., Bankruptcy Department, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14515062 | ^ | MEBN | Oct 08 2025 00:14:51 | MTGLQ INVESTORS, L.P., c/o KML Law Group, 701 Market Street; Suite 5000, Philadelphia, PA 19106-1541 |
| 14531391 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2025 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14498843 | | Email/Text: mtgbk@shellpointmtg.com | Oct 08 2025 00:23:00 | Shellpoint Mortgage Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 14498844 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2025 00:24:52 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14498846 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2025 | Form ID: 206 | Total Noticed: 19 |

| | | | |
|---|---|---|---|
| | | Oct 08 2025 01:17:41 | Wells Fargo Bank, PO Box 10438, Des Moines, IA 50306-0438 |
| 14506956 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Oct 08 2025 01:17:41 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | GS Mortgage-Backed Securities Trust 2021-RPL2, c/o |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Shellpoint Mortgage Servicing, McCalla Raymer Leibert Pierce, LLC, c/o Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MTGLQ INVESTORS  L.P. bkgroup@kmllawgroup.com |
| JOHN EVERETT COOK | on behalf of Debtor Miguel Silvino Varela-Cepero bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| KERI P EBECK | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as Servicing Agent for US Bank Trust National Association  not in its individual capacity, but solely as owner trustee for GS Mortgage-Backed Securities kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Miguel Silvino Varela−Cepero                    Case No: 20−12168−pmm

    Debtor(s)

_____

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file certification of completion of instructional course concerning personal financial management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

☐ Debtor has a prior discharge and is not eligible for a discharge in this case.

Dated: October 7, 2025

For The Court

Mohung Wong
Clerk of Court

90
Form 206